# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 7, 2017

**Before**

KENNETH F. RIPPLE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

Nos. 15-2432 & 15-2447

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

*v.*

JOHN D. GRIES and
JAMES McCULLARS,
    *Defendants-Appellants*.

Appeals from the
United States District Court for the
Southern District of Indiana,
Indianapolis Division.

Nos. 1:11CR00191-010, -011

Sarah Evans Barker,
*Judge*.

**O R D E R**

The defendants have petitioned for panel rehearing and rehearing en banc based in part on an error in the remand instructions contained in the court's opinion. On this point the government agrees, as do we. Accordingly, the petition for panel rehearing is granted, and the opinion issued on September 20, 2017, is withdrawn and replaced with the attached opinion.

In all other respects, the petition for rehearing is denied. On consideration of the petition for rehearing en banc, no judge in active service requested a vote. Accordingly, the petition for rehearing en banc is denied.